CELIA PRUDOVSKY, Respondent, *v.* NEW YORK LIFE INSURANCE COMPANY, Appellant.

Supreme Court, Appellate Term, First Department, December 11, 1936.

*Louis H. Cooke* [*Ronald B. Swinford* of counsel], for the appellant.

*Samuel Witte*, for the respondent.

PER CURIAM. The answers to the questions as to whether the applicant had received medical advice during the preceding five years or had been treated for certain enumerated diseases are as a matter of law material to the risk, and if false, plaintiff cannot recover.

Judgment reversed, with thirty dollars costs, and complaint dismissed on the merits, with costs.

All concur. Present — LYDON, LEVY and HAMMER, JJ.